JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHAPS, INC., a Connecticut corporation; and DOES 1 through 10,<br><br>Defendant. | Case No. 2:18-cv-03124-RGK-PLA<br><br>**[PROPOSED] ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>Honorable R. Gary Klausner, Judge Presiding<br><br>Honorable Paul L. Abrams, Magistrate Judge |

**[PROPOSED] ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action, against all Defendants, including but not limited to CHAPS, INC., RAINBOW APPAREL DISTRIBUTION CENTER CORP., RAINBOW USA, INC., SKIVA INTERNATIONAL, INC., and/or each of their respective affiliates, is hereby dismissed *with* prejudice in its entirety, against all

1

Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: November 15, 2018

_____
Honorable R. Gary Klausner
United Stated District Judge